**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

TRIDENT SEAFOODS
CORPORATION, a Washington
corporation,

                   Plaintiff,

   v.

MICHAEL W. SVENSON, JR.,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.  3:26-cv-1718-___

**DEFENDANT SVENSON'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §1332(a)(2)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT

AND TO PLAINTIFF AND ITS COUNSEL OF RECORD HEREIN:

    PLEASE TAKE NOTICE THAT Defendants Michael W. Svenson, Jr., by and through his counsel, Steven V. Gibbons, of GIBBONS & ASSOCIATES, P.S., hereby removes this action from the Superior Court for the State of Washington in and for King County, Washington, to the United States District Court, Western District of Washington at Seattle, based on 28 U.S.C. §1332(a)(2).

    This Court has subject matter jurisdiction over this dispute because Plaintiff is a Washington corporation, headquartered in King County, Washington, as alleged in Plaintiff's

**NOTICE OF REMOVAL BY DEFENDANT**       1

GIBBONS & ASSOCIATES, P.S.
601 Union Street, Suite 2600, Seattle, WA  98101-4000
Phone 206/381-3340   Fax 206/381-3341

Complaint, attached hereto in true and accurate form. Defendant Michael W. Svenson, Jr. is an Alaskan resident, residing at Sitka, Alaska, also as alleged in Plaintiff's Complaint. There is accordingly complete diversity between the parties hereto. The amount in controversy as alleged by Plaintiff in its Complaint exceeds $75,000.

Defendant was served in this matter on April 21, 2026 at Sitka, Alaska. Accordingly, removal is timely.

Pursuant to to 28 U.S.C. §1446(d), the undersigned certifies that he will promptly serve this Notice of Removal on Plaintiff's counsel and file a copy with the Clerk of the Superior Court for the State of Washington in and for King County Washington.

Dated this 19th day of May, 2026

**GIBBONS & ASSOCIATES, P.S.**

By___ //**s**//__Steve Gibbons_//_____
Steven V. Gibbons, WSBA #14028

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing declaration to be delivered to:

Lafcadio Darling, WSBA # 429963
Eric Siebert, WSBA # 49994
3101 Western Avenue, Suite 500
Seattle, WA 98121-3071
(206) 292-8008
ldarling@hwb-law.com
esiebert@hwb-law.com

in the manner indicated below:
_____ U.S. Mail
_____ Hand Delivery
_____ Overnight Mail
_____ Facsimile
___X__ CM/ECF Notification
_____X   Email

**NOTICE OF REMOVAL BY DEFENDANT**          2          GIBBONS & ASSOCIATES, P.S.
601 Union Street, Suite 2600, Seattle, WA  98101-4000
Phone 206/381-3340   Fax 206/381-3341

Dated this 19th day of May, 2026

by __*//ss// Steve Gibbons*_____
Steven V. Gibbons

GIBBONS & ASSOCIATES, P.S.
601 Union Street, Suite 2600, Seattle, WA  98101-4000
Phone 206/381-3340   Fax 206/381-3341